JUDGE SAND

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                 :     INDICTMENT

          -v.-                           :     07 Cr.

SONIA HAUGHTON,                          :
     a/k/a "Barbara Johnson,"
     a/k/a "Patricia Brown,"             **07 CRIM 1061**

                                         :

                    Defendant.           :

- - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 2 1 2007

COUNT ONE

The Grand Jury charges:

From at least on or about October 18, 2007, up to and including on or about October 19, 2007, in the Southern District of New York and elsewhere, SONIA HAUGHTON, a/k/a, "Barbara Johnson" a/k/a "Patricia Brown," the defendant, being an alien, unlawfully, willfully, and knowingly, was found in the United States, after having been deported from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about March 16, 1990, in New York Supreme Court, Bronx County, for criminal sale of a controlled substance in the fifth degree, in violation of New York Penal Law 220.31, a Class B Felony, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

FOREPERSON                        MICHAEL J. GARCIA
                                  United States Attorney

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

- v. -

SONIA HAUGHTON,
a/k/a, "Barbara Johnson,"
a/k/a "Patricia Brown,"

Defendant.

### INDICTMENT

07 Cr.

(8 U.S.C. §§ 1326(a) and (b)(2).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

Post-It 11/1/87

11/31/07 - Fld. Indictment, Case assigned to Judge Sand for all purposes.

S/ Eaton, J. U.S.M.J.