```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :

          -v-                     :     ORDER

SONIA HAUGHTON,                   :     07 Cr. 1061 (LBS)
     a/k/a "Patricia Brown",
     a/k/a "Barbara Johnson",     :

               Defendant.         :

- - - - - - - - - - - - - - - - - -X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-3-08

   Upon the application of the United States of America, by and through Assistant United States Attorney Natalie Lamarque, and with the consent of the defendant, SONIA HAUGHTON, a/k/a "Patricia Brown," a/k/a "Barbara Johnson," by and through her counsel, Jennifer Brown, Esq., it is hereby ORDERED that the time between the date of this Order and the date of the next scheduled conference, April 1, 2008, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because it will allow the Government to prepare and produce discovery and it will allow defense counsel to, among other

things, review discovery and evaluate the potential for an early disposition of the matter.

Dated: New York, New York
       March 2, 2008

_____
LEONARD B. SAND
UNITED STATES DISTRICT JUDGE