UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :      SUPERSEDING
                                           INFORMATION
          - v. -                    :
                                           S1 07 Cr. 1061 (LBS)
SONIA HAUGHTON,                     :
     a/k/a "Barbara Johnson,"
     a/k/a "Patricia Brown,"        :

                    Defendant.      :

- - - - - - - - - - - - - - - - - -x

## COUNT ONE

          The United States Attorney charges:

          From at least in or about October 1993, up to and including on or about October 19, 2007, in the Southern District of New York and elsewhere, SONIA HAUGHTON, a/k/a, "Barbara Johnson," a/k/a "Patricia Brown," the defendant, being an alien, did enter the United States at a time and place other than as designated by immigration officers, and did exclude examination and inspection by immigration officers, and did enter and obtain entry to the United States by a willfully false and misleading representation and the willful concealment of a material fact, to wit, HAUGHTON fraudulently entered the United States using the false identity "Patricia Brown".

          (Title 8, United States Code, Section 1325(a).)

                                   MICHAEL J. GARCIA
                                   United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 01 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

SONIA HAUGHTON,
a/k/a "Barbara Johnson,"
a/k/a "Patricia Brown,"

Defendant.

## SUPERSEDING INFORMATION

S1 07 Cr. 1061 (LBS)

(Title 8, United States Code,
Section 1325(a).)

MICHAEL J. GARCIA
United States Attorney.

DK
April 1, 2008     Filed Superceding Information

Sand, J

DK
April 1, 2008    Defendant present with atty Jennifer Brown
AUSA Natalie Lamarque
Court Reporter Pam Utter —— deft. is arraigned on the
one count superceding Information + pleads guilty
as charged- Pre Sentence Investigation ordered (Expedited)
Sentence May 6, 2008 at 3:30 pm    Dft could
detained.

Sand. J